Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOSEPH WIESENFELDER, Respondent, v. LOUIS BLOCK, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE ZWEIGER, Respondent, v. PASSLOFF BROS., INC., Appellant, Impleaded with Others.— Order modified by striking out the prohibition against the sale of novelty jewelry, and as so modified affirmed, with ten dollars costs and disbursements ·to the appellant. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FRANK BURKE, Appellant, v. MORANA, INC., Respondent.— Judgment reversed, without costs to either party of this appeal, and order modified by striking out the provision dismissing the complaint, and by providing for a new trial, and as so modified affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

BENJAMIN K. TAKENAKA, Respondent, v. BANKERS TRUST COMPANY, Appellant.* — Determination affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.; Dowling, P. J., and Finch, J., dissent upon the ground that it affirmatively appears by the testimony of the plaintiff's own witness, the accountant, that the plaintiff's duty in respect to the returned checks, as laid down in *Stumpp* v. *Bank of New York* (212 App. Div. 608), had not been discharged. [132 Misc. 322.]

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of MARTIN FULLAM, Respondent, v. THE MILRAY CORPORATION and 66 PARK AVENUE SHIP GRILL CORPORATION, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

NATHAN GOLDSTEIN, an Infant, by SAM GOLDSTEIN, His Guardian ad Litem, Appellant, v. CHARLES DENHART, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

IDA GOLDSTEIN, Appellant, v. CHARLES DENHART, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

SAM GOLDSTEIN, Appellant, v. CHARLES DENHART, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

OLD INVESTORS AND TRADERS CORPORATION, Respondent, v. JOHN F. JENKINS and DENIS RYAN, Individually and as Copartners, etc., and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ. [133 Misc. 213.]

In the Matter of the Arbitration between FRENVILLE IMPORT CORPORATION, Appellant, and JACOB LEWIS, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, ˙Finch, O'Malley and Proskauer, JJ.

* Appeal dismissed, 251 N. Y. ——.